PEOPLE v. ZERILLO et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Court of General Sessions, New York County. Frank Zerillo and others were indicted for a crime, and from certain orders of the Court of General Sessions they appeal. Appeal dismissed. F. J. Sullivan, for appellants. E. R. O'Malley, Atty. Gen., for the People.

· PER CURIAM. The appeal should be dismissed upon the ground that no appeal lies from such an order in a criminal case, but the ques-

tion must be presented on the appeal from the final judgment. Matter of Montgomery, 126 App. Div. 72, 110 N. Y. Supp. 793; Id., 193 N. Y. 659, 87 N. E. 1123.